NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

BRYAN LAMAR COUNTS, *Petitioner*.

No. 1 CA-CR 22-0348 PRPC
FILED 2-23-2023

Petition for Review from the Superior Court in Maricopa County
No. CR2012-107914-001, CR2017-151428-001
The Honorable Kevin B. Wein, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Bryan Lamar Counts, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge Angela K. Paton, and Judge D. Steven Williams delivered the decision of the Court.

**PER CURIAM**:

**¶1**        Petitioner Bryan Lamar Counts seeks review of the superior court's order dismissing his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is his second petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief.  *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order dismissing the petition for post-conviction and petition.  Petitioner has not established an abuse of discretion.

**¶4**        For the foregoing reasons, we grant review but deny relief.

